■ Bruce Alexander, Respondent, v. George Lounsbury et al., Appellants.— Order of substitution of attorneys entered.

■ The People of the State of New York ex rel. James S. Wade, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Order of substitution of attorneys entered.

■ In the Matter of Frank Dulan, as Mayor of the City of Utica, Petitioner, against Rocco F. De Perno, Respondent.— Motion granted to place case on Term Calendar for May Term. Unless respondent's brief is filed on or before May 4, 1960, no such brief will be received, and the case will be deemed submitted upon oral argument.

■ Lawrence Freeborn, an Infant, by Delbert Freeborn, His Guardian ad Litem, Appellant, v. Blount Lumber Co., Inc., et al., Defendants, and Ian L. Richards, Respondent.— Motion to dismiss appeal denied; motion to add case to Term Calendar granted; respondent's brief to be filed by May 2, 1960.

■ The People of the State of New York, Respondent, v. Joseph Callari, Also Known as Joseph Collari, Appellant.— Motion to add case to Term Calendar granted. Unless respondent's brief is filed on or before May 4, 1960, no such brief will be received and case will be deemed submitted upon oral argument.

■ Syracuse Amusement Co., Inc., Appellant, v. Glen A. Murray et al., Respondents.— Motion granted to add case to Term Calendar.

■ Joseph J. Ryan, Respondent, v. Charles Noakes, Appellant, et al., Defendant.— Motion granted to add case to Term Calendar.

■ Arthur R. Reed et al., Appellants, v. Stanley Depo et al., Respondents.— Motion granted to add case to Term Calendar.

■ The People of the State of New York, Respondent, v. Joseph N. Bollettieri, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before May 3, 1960. If case is to be argued at this Term of court, respondent's brief must be filed on or before May 6, 1960, in which event the case will be added to the Term Calendar.

■ The People of the State of New York, Respondent, v. Jerome Dooling et al., Appellants.— Motion granted to extent that case is removed from Day Calendar for April 29, 1960, appeal directed to be argued at May 1960 Term, and all briefs must be filed on or before May 3, 1960, after which date no further briefs will be received, but the case may be argued orally.

■ The People of the State of New York, Respondent, v. Charles La Placa, Appellant.— Motions to enlarge time for argument of appeals granted and time enlarged to include September 1960 Term of court; motion granted to appeal on original papers, typewritten briefs.

■ In the Matter of John E. O'Donnell, Respondent, against Stephen Michick, Appellant.— Appeal dismissed, without costs, as academic.

■ Joseph Martino, Appellant, v. Angela Muscolo, Respondent.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

■ Buffalo Savings Bank, Respondent, v. Beverly Victory et al., Defendants. United States of America, Appellant.— Appeal dismissed unless appellant serves a typewritten brief on respondent on or before May 3, 1960, and file and serve printed briefs on or before May 5, 1960, and if the briefs are so filed the case is added to the Term Calendar for the May 1960 Term of court.

■ Beverly Pfeiffer et al., Respondents, v. Dawn McCall et al., Appellants.— Appeal dismissed unless appellants' printed briefs are filed and served on or before May 4, 1960. If briefs are so filed, case added to Term Calendar of May 1960 Term.